NORFOLK COLD STORAGE & ICE CO. v. NORFOLK & W. RY. CO. (Circuit Court of Appeals, Fourth Circuit. March 3, 1909.) No. 867. In Error to the Circuit Court of the United States for the Eastern District of Virginia, at Norfolk. J. L. Jeffries (Jeffries & Lawless and Menalcus Lankford, on the brief), for plaintiff in error. John H. Holt (Robert M. Hughes and Theodore W. Reath, on the brief), for defendant in error. Before GOFF and PRITCHARD, Circuit Judges, and BOYD, District Judge.

PER CURIAM. The judgment complained of is without error. Texas & Pacific Railway Co. v. Abilene Cotton Oil Co., 204 U. S. 426, 27 Sup. Ct. 350, 51 L. Ed. 553. Affirmed.

---

PETERS et al. v. BROWARD et al. (Circuit Court of Appeals, Fifth Circuit. March 30, 1909.) No. 1,890. Appeal from the Circuit Court of the United States for the Northern District of Florida. E. C. Maxwell, L. J. Reeves, and H. Bisbee, for appellants. W. A. Blount, A. C. Blount, Jr., W. A. Blount, Jr., F. B. Carter, Park M. Trammell, and W. S. Jennings, for appellees. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. On the suggestion of counsel for the appellant that the jurisdiction of the lower court is based entirely upon the impairment by the state of Florida of the contract under which complainant claims, and therefore this court has no jurisdiction of this appeal, and counsel for appellees acquiescing in this view, the appeal herein is dismissed, with costs.

---

UNITED STATES v. FREEMAN et al. (Circuit Court of Appeals, Fourth Circuit. March 10, 1909.) No. 863. In Error to the Circuit Court of the United States for the Western District of North Carolina, at Asheville. A. L. Coble, Asst. U. S. Atty. (A. E. Holton, U. S. Atty., on the brief), for the United States. Mark W. Brown, for defendants in error. Before GOFF and PRITCHARD, Circuit Judges.

PER CURIAM. This case having been before the court on a former occasion, at which time the questions involved in this controversy were determined as reported in the case of Authel H. Freeman et al. v. United States, 157 Fed. 195, 84 C. C. A. 643, we do not deem it now necessary to add to or subtract from anything that was said in the opinion filed by the court at that time. For the reasons therein stated, the judgment of the lower court is affirmed. Affirmed.

---

W. K. SYSON TIMBER CO. v. STONEHOUSE. (Circuit Court of Appeals, Fifth Circuit. March 30, 1909.) No. 1,866. Appeal from the District Court of the United States for the Southern District of Alabama. T. M. Stevens, for appellant. H. Pillans, for appellee. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. This case is affirmed. See Southerland-Innes Company v. Thynas, 128 Fed. 42, 64 C. C. A. 116.